UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| TAMMY LEWALLEN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 3:18-cv-206 |
| v. | ) | |
| | ) | Judge Mattice |
| DUSTIN LAXTON, *et al.*, | ) | Magistrate Judge Guyton |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT

This case came before the Court on the Motion for Summary Judgment of Dustin Laxton [Doc. 54] and the Motion for Summary Judgment of Tyler Johnson and Daniel Garrett [Doc. 56]. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motions,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 16th day of January, 2020.

                                                /s/ *John Medearis*
                                                  John Medearis
                                                  CLERK OF COURT